■ RUFUS JONES, Appellant, v NATIONS BANK MORTGAGE CORP., Respondent. [652 NYS2d 558] —Motion for permission to proceed as poor person denied. Memorandum: The order is not appealable (see, Empire Ins. Co. v Food City, 167 AD2d 983, 984). Further, an attack on the order of Bankruptcy Court is not properly brought in State court. Present—Green, J. P., Lawton, Fallon, Callahan and Balio, JJ. (Filed Dec. 27, 1996.)

■ In the Matter of CHRISTOPHER FERRARA, Petitioner. [651 NYS2d 765] —Motion pursuant to CPLR 5704 to vacate order granted. Memorandum: Petitioner is entitled to appear before the court, to be heard by the court and to be informed of his right to have counsel appointed (see, Correction Law § 168-n [3]). However, because petitioner does not wish to appear before the court, he should not be compelled to do so and we have, therefore, granted his motion to vacate the transportation order. Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ. (Filed Dec. 4, 1996.)

■ In the Matter of MICHAEL A. MAGEE, Petitioner, v JAMES P. SUBJACK, as Chautauqua County District Attorney, et al., Respondents. [651 NYS2d 765] —Motion for poor person relief and assignment of counsel and motion for stay denied, and petition dismissed without costs. Memorandum: This CPLR article 78 proceeding is not properly commenced. Petitioner has failed to file the fee required by CPLR 8022, and petitioner's motion for poor person relief fails to set forth facts sufficient to demonstrate a meritorious appeal (see, CPLR 1101 [a]) and has not been served on all respondents (see, CPLR 1101 [c]). Present—Green, J. P., Pine, Lawton, Balio and Davis, JJ. (Filed Dec. 9, 1996.)